IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOPEZ ZUNIGA, | ) Case No. 12-2778-SC |
| Plaintiff, | ) ORDER DENYING MOTION FOR |
| v. | ) <u>SUMMARY JUDGMENT</u> |
| ERIC H. HOLDER, | ) |
| Defendant. | ) |

Defendant Eric H. Holder ("Defendant") now moves for summary judgment in the above-captioned matter. ECF No. 9 ("Mot."). The Court declines to address the merits of the Motion because Defendant has offered no admissible evidence in support of it. <u>See</u> Fed. R. Civ. P. 56(e). For example, while Defendant has attached fifteen exhibits to his moving papers, he has not provided declarations or affidavits establishing that those exhibits are what Defendant purports. Accordingly, the Court DENIES Defendant's Motion WITHOUT PREJUDICE. The Court will reconsider this decision sua sponte if Defendant submits admissible evidence in support of his Motion within fifteen (15) days of this Order. No motion for reconsideration is necessary.

IT IS SO ORDERED.

Dated: September 7, 2012  _____

UNITED STATES DISTRICT JUDGE