**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE LOPEZ ZUNIGA,                  ) Case No. 12-2778-SC
                                    )
            Plaintiff,              ) JUDGMENT
                                    )
      v.                            )
                                    )
ERIC H. HOLDER,                     )
                                    )
            Defendant.              )
_____   )

On September 14, 2012, the Court granted Defendant Eric H. Holder's motion for summary judgment. ECF No. 18 ("Sep. 14 Order"). In accordance with the September 14 Order, the Court hereby enters JUDGMENT in this action in favor of Defendant Eric H. Holder and against Plaintiff Jose Lopez Zuniga.

IT IS SO ORDERED, ADJUDGED, AND DECREED.


Dated:  September 20, 2012    _____

                              UNITED STATES DISTRICT JUDGE